D. W. GRINNELL, ET AL., RESPONDENTS, *v.* JOSEPH DAVIS, APPELLANT.

[Submitted June 7, 1897.   Decided Oct. 18, 1897.)

*New Trial—Record on Appeal.*

WHERE the record does not contain a notice of intention to move for a new trial, or a waiver of such notice, an appeal from an order denying appellant's motion for a new trial will be dismissed.

*Appeal from District Court, Jefferson County.    Frank Showers, Judge.*

ACTION by D. W. Grinnell, G. Pennock, and B. A. Mann againt Joseph Davis. From a judgment for plaintiffs, defendant appeals. Affirmed.

*Wm. Wallace* and *E. D. Weed,* for Appellant.

*T. J. Walsh,* for Appellees.

PER CURIAM.—This is an appeal from the judgment entered in the lower court in this case, and also from an order overruling the appellant's motion for a new trial.

There is no notice of intention to move for a new trial on the part of appellant in the record, nor is there anything in the record showing a waiver of such notice of intention on the part of respondents. The appeal from the order overruling appellant's motion for a new trial is therefore dismissed, which leaves the case here on appeal from the judgment.

An inspection of the record does not disclose, nor has our attention been called to, any error in the judgment. The judgment is therefore affirmed.

*Affirmed.*